UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES W. MORRIS JR.,

        Plaintiff,

vs

PLAYDATA, LLC, et al.,

        Defendants.

Case No. 2:12-cv-14959-SFC-MJH
Honorable Sean F. Cox

| | |
|---|---|
| David M. Stimpson (P64583)<br>George K. Truchan (P37255)<br>Attorneys for Plaintiff<br>108 W. Chicago Blvd.<br>Tecumseh, MI 49286<br>(517) 423-0999 | PlayData, LLC<br>Samuel Osnowitz, Registered Agent<br>Defendant<br>2727 N. Holland Sylvania Rd. Ste. K<br>Toledo, OH 43615<br>(419) 531-1021 |
| Timothy J. Lock<br>Defendant<br>411 Huronview Blvd., Ste. 200<br>Ann Arbor, MI 48103 | William T. Bales<br>Defendant<br>5955 Winslow Road<br>Whitehouse, OH 43571 |

## DISMISSAL

NOW COMES the Plaintiff, Charles W. Morris Jr., by and through his attorney David M. Stimpson, and states to this Honorable Court that Plaintiff desires to voluntarily dismiss the Complaint filed on or about November 7, 2012, without predjudice, stating further that no summons, complaint, or other pleadings have been served on any of the Defendants in this matter.

Respectfully submitted,

Dated: November 26, 2012

David M. Stimpson (P64583)
Attorney for Plaintiff
108 W. Chicago Blvd.
Tecumseh, MI 49286
Phone (517) 423-0999
Fax (517) 423-7630
E-mail: dstimpson@stimpsonlaw.com